AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JESUS LEPE GONZALEZ,

    Petitioner.

          **V.**

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26-cv-552

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 5, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions. This case stands closed.

Approved by: _____

    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

___May 7, 2-26___
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By)* Ann Duke, Deputy Clerk

GAS Rev 10/2020